# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Jimmy Flynt, Sr., et al.,
    Plaintiff(s),

v.

Case No. 1:09mc43
(Hogan M.J ; J. Weber)

Flynt Media Corp, et al.,
    Defendant(s).

## CIVIL MINUTES
### TELEPHONE STATUS CONFERENCE

**HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE**

**COURTROOM DEPUTY:** Arthur Hill
**LAW CLERK:** none present
**COURT REPORTER:** none present
**DATE:** September 30, 2009  **TIME:** 10:00 am

Attorney for Plaintiff(s): _____  Attorney for Defendant(s): _____

Anthony Covatta, Jr. (present)

Louis Sirkin (via telephone)

### PROCEDURES

[X] Counsel Present.

[X] Order to issue.

Remarks:
_____
_____
_____
_____
_____